UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLON ANTONIO SIRIAS-JIRON,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondents.

No. 1:26-cv-06545-DJC-SCR

ORDER

Petitioner filed a Petition for Writ of Habeas Corpus on August 17, 2026. (ECF No. 1.) Based on the information therein, the Court ordered a return from the Government under 8 U.S.C. § 2243. (ECF No. 9.) However, Respondents have now provided documentation showing that Petitioner has been ordered removed on a reinstated order of removal and that the removal order is now final as a negative credible fear determination was issued and Petitioner did not appeal. (*See* ECF Nos. 10-4, 10-7.) As such, Petitioner is not entitled to relief.

Petitioner has subsequently filed a Motion for Temporary Restraining Order (ECF No. 11), seeking a stay of Petitioner's alleged imminent removal. However, Petitioner has not established that this removal would unlawful or otherwise impermissible. Instead, Petitioner argues that the Court should stay the removal to

maintain jurisdiction. However, Petitioner has not otherwise established a basis for habeas relief and, as such, no stay is necessary to maintain the Court's jurisdiction.

In accordance with the above, the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED as Petitioner has not stated a valid basis for relief. Petitioner's Motion for Temporary Restraining Order (ECF No. 11) is DENIED AS MOOT. The Clerk of the Court is directed to close this case. This order resolves all pending motions.

IT IS SO ORDERED.

Dated: **August 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE